THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD D. SLEVIN, Appellant, *v.* RHINELANDER WALDO, as Fire Commissioner of the City of New York, Respondent.

*People ex rel. Slevin* v. *Waldo*, 146 App. Div. 880, affirmed.
(Argued February 14, 1912; decided March 5, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 7, 1911, which affirmed the proceedings of the defendant in dismissing the relator from the fire department of the city of New York.

*Louis J. Grant* and *Jacob Rouss* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* and *Harry Crone* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.